

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 22, 2024**

United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:   URSULA GABRIELA GODOY-REYNA,<br><br>          Debtor.<br>_____/ | Case No. 23-31829-sgj7<br>Chapter 7 |
| AMERICAN EXPRESS NATIONAL BANK,<br><br>          Plaintiff,<br><br>v.<br><br>URSULA GABRIELA GODOY-REYNA aka<br>URSULA GODOY,<br><br>          Defendant.<br>_____/ | Adv. Proc. No. 23-03092- sgj7 |

### ORDER APPROVING STIPULATED JUDGMENT IN SETTLEMENT
### OF COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

AND NOW, upon consideration of the parties' Stipulated Judgment in Settlement of the above-captioned matter, it is

ORDERED, that the Stipulated Judgment in Settlement of Complaint to Determine Dischargeability of Debt between the parties is hereby APPROVED.  It is further,

ORDERED, that judgment be entered in favor of Plaintiff, American Express National Bank, and against the Defendant, Ursula Gabriela Godoy-Reyna aka Ursula Godoy, in the amount of $24,953.43, which can be satisfied as set forth in the Stipulated Judgment, and it is further

ORDERED, that the Clerk mark the above-captioned proceeding as closed, subject to the terms and conditions of the Stipulated Judgment.

###END OF ORDER###

Prepared by:

/s/ Mark Stromberg

Mark Stromberg (TX Bar #19408830)
STROMBERG STOCK, PLLC
Campbell Centre I
8350 North Central Expressway
Suite 1225
Dallas, TX  75206
Telephone: (972) 458-5353
Facsimile:  (972) 861-5339
Email:  mark@strombergstock.com
*Attorneys for Plaintiff*


Seen, Acknowledged, Approved by:


/s/Marcus B. Leinart
Marcus B. Leinart (TX Bar #00794156)
Leinart Law Firm
10670 N. Central Expressway
Suite 320
Dallas, TX 75231
(469) 232-3328
Fax : (214) 221-1755
Email: ecf@leinartlaw.com


cc: See attached Service List

**SERVICE LIST:**

Mark Stromberg, Esquire
STROMBERG STOCK, PLLC
Campbell Centre I
8350 North Central Expressway
Suite 1225
Dallas, TX 75206

Dawn S. Osman, Esquire
BECKET & LEE LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, PA 19355

Marcus B. Leinart, Esquire
Leinart Law Firm
10670 N. Central Expressway
Suite 320
Dallas, TX 75231

Ursula Gabriela Godoy-Reyna
Aka Ursula Godoy
421 Spruce Trail
Forney, TX 75126

Daniel J. Sherman, Trustee
509 N. Montclair Ave.
Dallas, TX 75208